UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
MAR - 3 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Richard Winning                               3405027

_____

_____

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**         CIVIL ACTION NO. 2:17- 1466
              *(Number to be assigned by Court)*

Officer
Plumley   Mingo County Court
Officer Sammens  Mingo County Court
     Probation Officers.
Marcia Price Probation officer
*(Enter above the full name of the defendant or defendants in this action)*
          Mingo County

Can it Be A Mingo County Court or Judge to handle This Case. Since its in that County please.

**COMPLAINT**

I.   **Previous Lawsuits**

  A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes  ✓          No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: Richard Winning

    Defendants: Offier of Sammons mingo Co & Charleston Offier Plumley mingo co. & charlesto Cant Remember who else.

2. Court (if federal court, name the district; if state court, name the county);

    Charleston WV

3. Docket Number: D/K

4. Name of judge to whom case was assigned:

    No one yet.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    NO.

6. Approximate date of filing lawsuit: Can Remember

7. Approximate date of disposition: D/K

2

II. **Place of Present Confinement:** S.C.R.J.

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____        No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Wasnt in jail hoppin on streets.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Richard Winning 3405027

       Address: S.C.R.J. 1001 Center Way Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Officer Plumley Probation officer

is employed as: Probation officer By Mingo Co. Courts

at _____

D. Additional defendants: Officer Sammons probation officer By Mingo Co Courts

Marcia Price probation Mingo Co officer.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 30, 2015 Got Arressid By Officer Plumley do to me Getting Kick out of Homeless Shelter And my Cellphone. I let someone use my cellphone and while did they got on it and went on it on my Facebook went on 13 Hot teens 13 to 18 years old And got me into trouble. Now I keep on Getting out of Jail. This makes my 5th Time Being Back in Jail for A Probation vilion And This Time I Feel like I was Sexuly Harress By Officer Samuns my probation officer do to me

4

## IV. Statement of Claim (continued):

Being Gay And when got Arrested me on Jan 14, 2017 I WAS SUPPOST TO Beat my old man Paul Masser And stuff. And He said He should Beat The shit out of me. I Think The Reeson why he didn't do it was cars was passing By us This happen close to Wimen And Chiedins Hosptol in Charleston, WV He come up Back Behide me And Grab me And Almost Broke my Arm And Hurt me Really Bad Took my cell phones I told Him I Needed my Phone # But He said NO wasn't Getting Nothing. He took every thing I owned when he put Hand Cuffs on me They Cut into my Arms That's How Tight They where on me.

## V. Relief

Would like $1000 And Him Fired And or my probation Reinstated please.

*State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

To have my probation Reinstated or $1000.00 And Him Fired from His Job. And me Be Able to go live At crossroads or Roake Sullivan way in Charston WV. I Drop Lawsuit if probation is Reinstated And me Releest Just put me on Home Confinement or G.P.S. Anything I'll do. Rehab Anything. like to have Donal King As my Probaton officer And my Phone Back or At Least my Phone #

## V. Relief (continued)):

Can you serves these papers to the defendants so they can have them. I Dont want them around me. I Fear for my life. And Marcia Price is the Main one who hires the Probation fee officers in Charleston to watch me in Charleston WV Need someone Else other Then Marcia Price to do my case. Please served them soon. Please

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: No Money. Can you help me Get one or Tell me how to get one with out any money And A address to get one.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

_____

Signed this __26__ day of __Feb_____, 20_17_.

_Richard Winning_ 3405024

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __26 Feb 2017__.
　　　　　　　　(Date)

_Richard Winning_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Richard Winning D-S 3405027
S.C.R.J.
1001 centre way
Charleston, WV 25309

Clerk, United States District Court
P.O. Box 2546
Charleston, W.V 25329

RECEIVED
MAR - 3 2017